Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANSISCO/OAKLAND DIVISION

| | |
|---|---|
| Karen Ann Myles<br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>Credigy Recievables, Inc, A/A/O First Select, Inc., Forster & Garbus, Ronald Foster and Diane Foster and Mark Garbus<br><br>　　　　Defendants. | STIPULATION TO ADR<br><br>Case No. 06-02395 BZ |

The parties hereby agree to Mediation as a form of ADR.

Dated: 6/26/06    /s/Ronald Wilcox

　　　　　　　　　Ronald Wilcox, plaintiff's counsel

Dated:    /s/Ronald Forster

　　　　　　　　　Ronald Forster, on behalf of defendants

STIPULATION TO ADR
Case No. 06-02395 BZ

1

**[PROPOSED] ORDER**

Pursuant to the stipulation the parties are hereby ORDERED to mediation.

Dated: 26 June 06

U.S. Magistrate/District Judge

STIPULATION TO ADR
Case No. 06-02395 BZ

2