Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSISCO/OAKLAND DIVISION**

| | |
|---|---|
| Karen Ann Myles ) | STIPULATION and ORDER |
|     Plaintiff, ) | TO CONTINUE CMC FROM 7/17/06 TO |
| ) | TO 7/31/06 |
| ) | |
|     v. ) | Case No. 06-02395 BZ |
| ) | |
| Credigy Recievables, Inc, A/A/O First ) | |
| Select, Inc., Forster & Garbus, Ronald ) | |
| Foster and Diane Foster and Mark Garbus ) | |
| ) | |
|     Defendants. ) | |

    The parties are discussing a potential resolution to this matter.  Therefore, the parties agree defendants shall have until July 14, 2006, to answer the Complaint, and respectfully request the Court continue the July 17, 2006 Case Management Conference to July 31, 2006.

Dated:

_____
Ronald Wilcox, plaintiff's counsel

Dated:

_____
Ronald Forster
Forster & Garbus
500 Bi-County Blvd., Suite 300
Farmingdale, NY 11735-9030
Tel: (631) 393-9400
Fax: (631) 393-9490

STIPULATION TO CONTINUE CMC                                                                         1
Case No. 06-02395 BZ

1
2
3 **ORDER**

4 Pursuant to the stipulation the Case Management Conference is continued to July 31, 2006.

5 Dated:   July 7, 2006

6 _____
U.S. Magistrate/District Judge



STIPULATION TO CONTINUE CMC
Case No. 06-02395 BZ

2