Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSISCO/OAKLAND DIVISION**

| | |
|---|---|
| Karen Ann Myles<br>Plaintiff,<br><br>v.<br><br>Credigy Recievables, Inc, A/A/O First Select, Inc., Forster & Garbus, Ronald Foster and Diane Foster and Mark Garbus<br><br>Defendants. | STIPULATION and [~~PROPOSED~~] ORDER TO: 1) EXTEND TIME TO ANSWER CONTINUE, 2) CMC FROM 7/31/06 TO 8/14/06 and: 3) ATTEND MEDIATION<br><br>Case No. 06-02395 BZ |

Credigy Receivables, Inc., has just retained Mark Ellis and the law firm of Murphy, Pearson, Bradley and Feeney (701 University, Suite 150, Sacramento, CA 95825, Tel: 916-565-0300), to represent it in this matter. Credigy Receivables, Inc. acknowledges it has been properly served with the Summons and Complaint in this matter. In light of the above the parties respectfully request the Court to enter an Order allowing an extension of time to answer the complaint (by July 31, 2006), and request the Court to continue the July 31, 2006 CMC from August 14, 2006. Furthermore, Credigy Receivables, Inc. further agrees to attend Mediation as a form of ADR in this matter.

STIPULATION TO CONTINUE CMC
Case No. 06-02395 BZ

1

1  Dated:

2
3                                              _____
                                               Ronald Wilcox, for Karen Myles
4  Dated:
                                               _____
5                                              Mark Ellis, for Credigy Receivables, Inc.

6
7                                 [~~PROPOSED~~] ORDER

8  Pursuant to the stipulation Defendant Credigy Receivables, Inc. shall have until July 31, 2006 to
9  answer the complaint, the Case Management Conference shall be continued to August 14, 2006,
10 and the parties shall proceed to Mediation.

11
12 Dated: 21 July 06                           _____
13                                             U.S. Magistrate/District Judge

STIPULATION TO CONTINUE CMC                                                                    2
Case No. 06-02395 BZ