Ronald Wilcox, Esq., State Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANSISCO/OAKLAND DIVISION

| | |
|---|---|
| Karen Ann Myles<br>　　　　Plaintiff,<br><br>　　　v.<br><br>Credigy Recievables, Inc, A/A/O First Select, Inc., Forster & Garbus, Ronald Foster and Diane Foster and Mark Garbus,<br><br>　　　　Defendants. | STIPULATION and [PROPOSED] ORDER TO: 1) EXTEND TIME TO ANSWER CONTINUE, and 2) CMC FROM 7/31/06 TO 8/14/06<br><br><br>Case No. 06-02395 BZ |

Defendants ("Defendants") Forster and Garbus, Ronald Foster, Diane Foster, and Mark Garbus, have just retained Irwin Eskanos of Eskanos and Adler, P.C.) 2325 Clayton Rd., Concord, CA 94520, Tel: 925-969-1900), to represent them in this matter. Defendants acknowledge they have been properly served with the Summons and Complaint in this matter. In light of the above the parties respectfully request the Court to enter an Order allowing an extension of time to answer the complaint (by July 31, 2006), and request the Court to continue the July 31, 2006 CMC from August 14, 2006.

Dated:

STIPULATION TO CONTINUE CMC
Case No. 06-02395 BZ

1

1

_____
Ronald Wilcox, for Karen Myles

Dated:

_____
Irwin Eskanos, for Defendants

### [PROPOSED] ORDER

Pursuant to the stipulation Defendant Credigy Receivables, Inc. shall have until July 31, 2006 to answer the complaint, the Case Management Conference shall be continued to August 14, 2006, and the parties shall proceed to Mediation.

Dated: 21 July 06

_____
U.S. Magistrate/District Judge