UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN ANN MYLES,

    Plaintiff(s),

    v.

CREDIGY RECEIVABLES, INC., et al.,

    Defendant(s).
_____/

No. C 06-2395 PJH

**ORDER GRANTING MOTION TO STRIKE DECLINATION AND REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred back to Magistrate Judge Zimmerman for all purposes. The consent of all parties had previously been entered by Ronald Forster, an attorney and a defendant in this case. New counsel for Credigy, however, subsequently filed a declination to proceed before the magistrate and the matter was reassigned to the undersigned. However, as there was no reason given nor good cause shown for the declination after the entry of consent that has not been challenged, counsel for plaintiff moved to strike the declination. Credigy was ordered to file an opposition to the motion to strike, if it was opposed, by August 31, 2006, and to appear at a case management conference on September 14, 2006 if the case had not settled. Credigy neither filed an opposition nor appeared at the case management conference to explain its position.

Accordingly, plaintiff's motion to strike the declination is GRANTED. Pursuant to the request of the parties, this matter is referred back to Magistrate Judge Zimmerman, who is requested to decide as soon as possible whether the mediation currently scheduled for September 29, 2006 should go forward before defendant's motion to dismiss is heard. The motion to dismiss was previously scheduled to be heard on September 20, 2006, but the date was vacated when the case was reassigned. Defendant prefers deferring the mediation until

after the motion is heard and plaintiff prefers go forward with the mediation.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Zimmerman.

IT IS SO ORDERED.

Dated: September 14, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, BZ