UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ANN MYLES, | ) |
| Plaintiff(s), | ) No. C06-2395 BZ |
| v. | ) **SCHEDULING ORDER** |
| CREDIGY RECEIVABLES, INC., et al., | ) |
| Defendant(s). | ) |

**IT IS HEREBY ORDERED** as follows:

1. Pursuant to Judge Hamilton's Order dated September 14, 2006, the parties shall proceed to mediation.

2. In the event the case does not resolve at mediation, a Case Management Conference shall be held Monday, **October 23, 2006 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Statement shall be filed no later than seven (7) days prior to the Case Management Conference.

3. Defendants Forster & Garbus, Ronald Forster, and

1

1 | Mark Garbus, having filed and noticed a Motion to
2 | Strike First Amended Complaint (Code of Civil
3 | Procedure §425.16), and having failed to renotice
4 | their previously-filed Motion to Dismiss for Failure
5 | to State a Claim Upon Which Relief Can Be Granted
6 | (FRCP 12(b)(6)); and For More Definite Statement
7 | (FRCP 12(e), the Court assumes that defendants do
8 | not intend to pursue their Rule 12(b)(6) and 12(e)
9 | motions and hereby **DENIES** them as moot.

10  4.  A hearing on defendants' Motion to Strike shall be
11 | held Wednesday **November 1, 2006 at 10:00 a.m.** in
12 | Courtroom G, 15th Floor, Federal Building, 450
13 | Golden Gate Avenue, San Francisco, California 94102.
14 | Plaintiff's Opposition shall be filed no later than
15 | Wednesday **October 11, 2006**.  Any Reply shall be
16 | filed no later than Monday **October 18, 2006**.

17 | Dated: September 25, 2006

19 | _____
     Bernard Zimmerman
     United States Magistrate Judge

G:\BZALL\-BZCASES\MYLES\SCHEDULINGORDER.wpd

2