IRWIN J. ESKANOS (State Bar No. 37452)
BARRY ADLER (State Bar No. 60397)
JEROME M. YALON, JR. (State Bar No. 84204)
KURTISS A. JACOBS (State Bar No. 218950)
ESKANOS & ADLER
A Professional Corporation
2325 Clayton Road
Concord, CA  94520-2104
Telephone:  (925) 969-1900
Facsimile:   (925) 969-1812

Attorneys for Defendants
FORSTER & GARBUS, RONALD FORSTER and MARK GARBUS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN ANN MYLES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CREDIGY RECEIVABLES, INC.,<br>A/A/O FIRST SELECT, INC.,<br>FORSTER & GARBUS,<br>RONALD FORSTER and MARK GARBUS,<br>and DIANE FORSTER,<br><br>　　　　　　Defendants. | Case No. 06-02395 BZ<br><br>**REQUEST TO TAKE OFF CALENDAR MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6)); FOR MORE DEFINITE STATEMENT (FRCP 12(e)); AND ANTI-SLAPP MOTION (CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16)**<br><br>DATE: November 1, 2006<br>TIME:  10:00 a.m.<br>DEPT:  Courtroom G<br>JUDGE: Hon. Bernard Zimmerman |

TO THIS HONORABLE COURT AND TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that moving defendant hereby requests that its motions to dismiss (Rule 12(b)(6)), for more definite statement (Rule 12(e)), and to strike (California Code of Civil Procedure § 425.16), currently set for November 1, 2006, at 10:00 a.m., be taken off calendar without prejudice to defendant's right to refile the motions at a later date.

DATED: October 4, 2006　　　　　ESKANOS & ADLER, P.C.

　　　　　　　　　　　　　　　　　/s/ Kurtiss A. Jacobs
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KURTISS A. JACOBS
　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　Forster & Garbus, Ronald Forster And Mark Garbus

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Bernard Zimmerman]

1

Defendant's Request To Take Motions Off Calendar
Case No. 06-02395 BZ